UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Timothy C. Larson,                                         Civil 06-1734  PJS/FLN

      Plaintiff,

    v.                                                          O R D E R

Michael J. Astrue, Commissioner
of Social Security,

      Defendant.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 17, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for attorney's fees [#22] is GRANTED; and

2. The Government is ordered to pay Plaintiff $7,822.80 in fees and costs.


DATED: _7/9/08                                    s/Patrick J. Schiltz
                                                                            Patrick J. Schiltz
                                                                            United States District Judge